THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO DEPENDENCY COURT,<br><br>　　　　　　Defendant. | CASE NO. C13-0783-JCC<br><br>ORDER DISMISSING CASE |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue to dismiss this case with prejudice (Dkt. No. 3). No objections to the Report and Recommendation have been filed. Having thoroughly considered the Report and Recommendation, Plaintiff's motion to proceed *in forma pauperis*, and Plaintiff's complaint, the Court hereby ADOPTS the Report and Recommendation (Dkt. No. 3), DISMISSES this case with prejudice, and DENIES Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) as moot. The Court respectfully DIRECTS the Clerk to send copies of this order to Plaintiff and to Judge Donohue.

//

//

//

ORDER DISMISSING CASE
PAGE - 1

1 DATED this 5th day of June 2013.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 2